| UNITED STATE DISTRICT COURT Southern District of New York | |
|---|---|
| Randall Phillips (Plaintiff)<br><br>vs<br><br>Columbia University (Defendant) | **26CV5291** Case#:<br>)<br>)<br>)<br>)<br>) |

<u>RACE/ORIGIN/AGE PhD ADMISSION DISCRIMINATION COMPLAINT</u>

## I . Jurisdiction

1 . This is a complaint for violation of both New York State law and federal laws of United States of America (USA):

(1) Violation of Article 15 of New York State Human Rights Law (NYSHRL) : graduate/PhD admission discrimination based on race and/or origin.

(2) Violation of federal Civil Right Act of 1964 (42 USC §2000d): graduate/PhD admission discrimination based on race and/or origin.

(3) Violation of federal Age Discrimination Act of 1975 (42 USC §6101): graduate/PhD admission discrimination based on age.

## II . The parties to the complaint

2 . The plaintiff is Randall Phillips, an African American over 40, living at 240 E Fond du Lac St, Ripon, WI 54971; Email: Randall.P2023@gmail.com; Cellphone: (920) 203 9997.

3 . The defendant is Columbia University ("Colombia"), a non-profit private university that receives multi-billion-dollar grants from federal government. Columbia's known address is 535 West 116th St, NY 10027. Phone: (212) 854-5797.

1

### III . Standing to sue

4 . One of the most often heard quotes from Dr Martin Luther King Jr is the following: "*I have a dream that my four little children will one day live in a nation where they will not be judged by the color of their skin but by the content of their character*". Sadly, the dream has not yet come true for Blacks/African Americans when it comes to the access to graduate/PhD programs in Statistics, Economics and Finance at Columbia.

5 . Columbia was an Affirmative Action university, but even before US Supreme Court in June 2023 outlawed Affirmative Action, admission staff of Columbia did already intentionally discriminate against qualified Blacks/African Americans like me for access to graduate/PhD programs in Statistics, Economics, and Finance. I know from 20 years lived experience during which I sought participation but denied admission to graduate/PhD programs in Statistics, Economics and Finance of Columbia whereas my younger, non-underrepresented peers had been offered admission.

6 . In fact, I am highly gifted Black/African American who have been specially prepared for PhD study and research career in Statistics, Economics, Finance and Actuarial Science. I have been seeking admission to PhD programs in Statistics, Economics and Finance of Columbia since 2005. Not only am I qualified, but I am even an ideal candidate (best qualified candidate) for the PhD programs in Statistics, Economics and Finance. But so far in 20 years period, admission staff of Columbia have always denied me admission and preferred admitting less qualified younger, non-underrepresented applicants, especially foreign applicants.

7 . In other words, the graduate/PhD admission discrimination against qualified Blacks/African Americans like me is not the mere occurrence of isolated or accidental or sporadic admission discrimination acts of admission staff of Columbia, but rather their regular admission

2

practice vis-a-vis underrepresented Black/African American graduate/PhD applicants like me. The different treatment against Black/African American graduate/PhD applicants like me compared to similarly situated non-underrepresented candidates has also been corroborated by research findings of higher education researchers.

8 . These are the reasons why I decided to file this complaint on my own behalf and on behalf of hundreds, if not thousands, of my Black fellows that have been unlawfully excluded from participating to graduate/PhD programs in Statistics, Economics and Finance of Columbia.

### IV . My academic backgrounds

9 . I am African American Mathematics genius of modest origin. I was 6 years old and my 5 siblings were between 3 months old (the youngest) and 16 years old (the eldest) when our father passed away. Then our mother raised us alone on her own. So, basically, I grew up an orphan in a poor, monoparental rural family. But I have always highly valued education and hard work combined with unwavering ambition.

10 . I started taking College Mathematics courses since 10th grade. My High School Mathematics courses did already include Math proofs similar to Columbia's rigorous, proof-based *MATH GU4061 – Introduction to Modern Analysis*[1]. At Exhibit 1 is the kind of Math exams I took when I was still in High School: it's Math proofs, already beyond College Algebra and beyond College Calculus.

11 . I got an ETS Recognition Of Excellence (ROE) award in Mathematics. It means that I am among the top 15% best US Mathematicians at Bachelor level.

12 . I aced the rigorous, merit-based, standardized, written Mathematics competitive

---

[1] Each year, less than 5% of Columbia's sophomore/junior/senior students succeed to complete the *MATH GU4061 – Introduction to Modern Analysis* course.

examination for access to the prestigious/elite *"Statistician and Economist Engineer"* training program of French "grande ecole" ENSAE Paris Tech[2]. A sample of the Mathematics competitive exams for access to the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech is at Exhibit 2: it's Complex Analysis (pages 1 to 4) and Abstract Linear Algebra (pages 4 to 6), typically considered graduate-level Mathematics exams at the majority of US universities. In case you are not familiar with "grandes ecoles" (literally meaning big/great schools) in France and in former French colonies, here in the following paragraphs below are basic information about them.

13 . First, you can check the Exhibit 4, a document from Franco-American Commission for Educational Exchange (Fulbright Commission). It says, I quote, *"The Grandes Ecoles, which are considered to be the pinnacle of French higher education, represent a sector of the educational system which is unlike anything known in American academia. They are very selective and prestigious schools of higher education... The admission to each Grande Ecole is strictly limited annually by the Board of each institution... In general, the best students who finish secondary school enroll in the courses for the preparation of the Grandes Ecoles entrance examination... This competitive entrance examination requires intensive preparatory work. A student seeking entrance to one of these schools may complete the work in two years. But three years is not unusual for preparation of the exam..."*. Moreover, there are 2 or 3 tiers of "grandes ecoles" where the tiers 1 are the most prestigious and their entrance exams are the most challenging. *"In order to increase their chances of gaining admission into a Grande Ecole, candidates frequently take the competitive entrance examination of several institutions of varying rank. Thus, if the candidate is successful in gaining entry to several of these schools, he selects the most prestigious"* says the document of

---

[2] ENSAE stands for "Ecole Nationale de la Statistique et de l'Administration Economique" (National School of Statistics and Economic Administration).

Fulbright Commission. If the student fails all his "grande ecole" entrance examinations, he will transfer to a university to get a Bachelor degree in one of the academic fields of his preparatory classes. For example, if the student does preparatory classes in MP (Mathematics and Physics) and fails all his "grande ecole" entrance examinations, he will transfer to a university to get a Bachelor of Science (BS) degree in Mathematics or Statistics or Computer Science or Physics or Mechanics or other academic field related to Mathematics and/or Physics. Furthermore, the page 2 of the document of Fulbright Commission also says that, I quote, " *The teaching in the Grandes Ecoles... is directed towards the preparation of a professional career... In all the professional sectors of the French economy, employers often show a tendency to give preference to graduates of the Grandes Ecoles over graduates from the French universities*". i.e. In the eyes of French employers who are familiar with the "grandes ecoles", the "ingénieur" (engineer) diplomas from "grandes ecoles" are better indicator of competence and skills compared to diplomas from universities. On top of that, the Fulbright Commission's document also says, I quote, "*The teaching in the Grandes Ecoles is of a very high level... This teaching is more theoretical and more general than in American university departments*". Thus, the graduates of "grandes ecoles" are well prepared, if not better prepared, for PhD studies compared to the graduates of US Colleges because PhD programs are theoretical studies.

14 . Second, you also can check the bottom of page 2 of Exhibit 5, a brochure of ENSAI (a tier 2 "grande ecole" of Statistics and Economics). The brochure says, I quote, "*WHAT IS A GRANDE ÉCOLE? The French higher education system is two-fold: universities and grandes écoles. While university education starts immediately following completion of secondary school. Grandes écoles accept students who have successfully completed at least 2 years of intensive, post-secondary preparatory courses (classes préparatoires). Student recruitment is generally centered*

5

*around national, competitive written and oral examinations... These graduate schools also have smaller student bodies, many more class hours, and a smaller student-professor ratio when compared to universities. <u>Grandes écoles</u> generally propose more specialized programs, <u>are recognized for their contributions to research, and have a reputation for educating the nation's top executives</u>, politicians, and civil servants. <u>Students graduating from grandes écoles</u> have completed 5 or more years of higher education and hold degrees (such as a diplôme d'ingénieur) that <u>are held in high esteem internationally</u>. These students <u>are also eligible for direct enrollment in doctoral programs</u>*". The last sentence means that the graduates of "grandes ecoles" are qualified for PhD programs in their fields of specialization. ENSAE Paris Tech and ENSAI are "grande ecole" of Statistics and Economics (ENSAE Paris Tech is tier 1, ENSAI is tier 2)[3]. Therefore, the graduates of ENSAE Paris Tech and the graduates of ENSAI are qualified for PhD programs in Statistics, Economics, Finance, Actuarial Science and Mathematics used in Economics and Finance. For example, I have seen some ENSAE Paris Tech graduates who started their PhD study at the Department of Economics of University of California - Berkeley (i.e. they were PhD students in Economics) end/or at the Department of Statistics of University of California - Berkeley (i.e. they were PhD students in Statistics), but they ended up defending their PhD theses at the Department of Mathematics of University of California - Berkeley because their theses were so mathematized that the Professors of Statistics and the Professors of Economics and Finance of University of California – Berkeley were unable to understand them.

15 . Third, you also can check the technical recruiter Martin Jee of Oxenbury Partners (Exhibit 6) saying in plein English the following, I quote: "*What exactly is a Grande Ecole and*

---

[3] Their research center is called "Center for Research in Economics and Statistics (CREST); and it's number 1 research center in Europe when it comes to research in Statistics, Economics, Finance and Actuarial Science.

*what does it mean?... Grandes Ecoles are the very, very best institutes for higher education that France has to offer; these institutions are so good, so well regarded, that they seem to be like winning the lottery of life... It's highly prestigious to attend one; and it's not just prestigious, it's elite... People who attended a Grande Ecole will be part of the top 5% of academic students in their year; they will be the very brightest students their generation has to offer. Each Grande Ecole is highly selective and the entry bar is made very high... certain Grandes Ecoles will only take the best of the best...*". The tiers 1 "grandes ecoles" (nicknamed "A+"schools and representing less than 1% of College students in France) take only the best of the best: only the best of the best can succeed to pass the written competitive exams for access to tiers 1 "grandes ecoles". For example, you can check at Exhibit 2 a sample of the Mathematics competitive exams for access to tier 1 "grande ecole" of Statistics and Economics (ENSAE Paris Tech) and at Exhibit 3 a sample of the Mathematics competitive exams for access to tier 2 "grande ecole" of Statistics and Economics (ENSAI): for the same allocated time of 4 hours, the tier 1 competitive exam contains 40 challenging Math proofs questions and the tier 2 competitive exam contains 20 challenging Math proofs questions, in contrast to standard College Math exams that contain less than 10 Math proofs questions.

16 . Fourth, ENSAE Paris Tech is among a small group of tiers 1 "grades ecoles" that Times Higher Education has called "French MIT". i.e. The British magazine Times Higher Education suggests that the graduates of the *"Statistician and Economist Engineer"* training program of ENSAE Paris Tech are comparable to honors graduates of Massachusetts Institute of Technology (MIT) who triple majored in Mathematics, Statistics, and Economics.

17 . As I already said in paragraphs 14 and 15 above, the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech is a tier 1 "grande ecole" training in Statistics and

Economics. Thus, only the best of the best can succeed to pass the written competitive examination for access to the program. The graduates of the program are considered to be elite, comparable to top 1% best College students (Chancelor's list) majoring in Mathematics, Statistics and Economics. On top of that, the *"Statistician and Economist Engineer"* is a chartered professional diploma[4] and/or a trademark of academic excellence in Statistics and Economics. Thus, the graduates of the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech have an indisputable proof of competence and skills and competitiveness in Statistics and Economics.

18 . In fact, the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech has been specially designed for Mathematics genius who want to do graduate/PhD studies and careers in Statistics, Economics, Finance and Actuarial Science. In particular, not only are the graduates of the program qualified for PhD studies and research careers in Statistics, Economics, Finance and Actuarial Science (paragraph 14 above), but they are also ideal candidates (best qualified candidates) for PhD studies and research careers in these fields (paragraphs 21 and 22 below). That's why in more than 80 years of the history of the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech, a non-underrepresented graduate of the program never has been denied admission into a graduate/PhD program in the USA.

19 . It's also worth noting that the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech is a combined Bachelor of Science ("BS") and Master of Science ("MS") honors program with triple major in Mathematics, Statistics and Economics. The coursework of the program does already contain PhD courses: up to 2nd year courses of PhD programs in Mathematics used in Economics and Finance, up to 2nd year courses of PhD programs in Statistics,

---

[4] In France and in former French colonies, only the graduates of the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech are legally authorized to call themselves *"Statistician and Economist Engineer"*.

and up to 2nd year courses of PhD programs in Economics and Finance. In particular, top ranking PhD programs in Economics and Finance in USA do all use manuals of the "*Statistician and Economist Engineer*" program of ENSAE Paris Tech (English versions of manuals initially written in French language). Here are some examples: "*The Theory of Corporate Finance*" written by Professor Jean Tirole (2014 Nobel Economics laureate) and published by Princeton University Press (this book is used by 2nd year PhD students in Finance); "*The Theory of Industrial Organization*" written by Professor Jean Tirole and published by MIT Press (this book is used by 1st year or 2nd year PhD students in Economics and Finance); "*The Theory of Incentives: The Principal-Agent Model*" written by late Professor Jean-Jacques Laffont and published by Princeton University Press (this book is used by 1st year or 2nd year PhD students in Economics and Finance); "*The Economics of Uncertainty and Information*" written by late Professor Jean-Jacques Laffont and published by MIT Press (this book is used by 1st year or 2nd year PhD students in Economics and Finance); "*Financial Econometrics: Problems, Models, and Methods*" written by Professor Christian Gourieroux and published by Princeton University Press (this book is used by 2nd year PhD students in Statistics, Economics and Finance in USA); "*Simulation-Based Econometric Methods*" written by Professor Christian Gouriéroux and Professor Alain Monfort and published by Oxford University Press (this book is used by 2nd year PhD students in Statistics, Economics and Finance), etc. In other words, the graduates of the "*Statistician and Economist Engineer*" program of ENSAE Paris Tech do already have a proven ability to succeed in PhD programs in Statistics, Economics, Finance, and Mathematics used in Economics and Finance such as Actuarial Science.

20 . It's also worth noting that French grading system is stricter than the US counterpart (Exhibit 7). Less demanding French schools/programs may grade less stringently; but as you move

on to more prestigious schools/programs, just getting a passing grade becomes a feat. The "*Statistician and Economist Engineer*" program of ENSAE Paris Tech is the most prestigious training in Statistics and Economics in France and in former French colonies (paragraphs 13 to 18 above). Despite the challenge, not only did I get passing grade but I also managed to always get honors ("*Mention Assez-Bien*" and "*Mention Bien*" honors) during my study at the program. These "*Mention Assez-Bien*" and "*Mention Bien*" honors are comparable to Dean's list or Chancelor's list in USA. In other words, not only did I graduate from the "*Statistician and Economist Engineer*" program of ENSAE Paris Tech, but I was also above the average students of the program.

### V. The graduate/PhD admission discrimination of Columbia against qualified Blacks/African Americans like me for access to graduate/PhD programs in Economics and Finance

21 . Finance is a sub-field of Economics[5]. According to Professors of Economics and Finance at top ranking US universities such as Columbia, the ideal candidate (the best qualified candidate) for the PhD programs and research careers in Economics and Finance is a candidate with strong Mathematics and Statistics knowledge and skills combined with solid background in Economics: the strong knowledge and skills in Mathematics and Economics are ideal for the study of Economics and Finance Theory at PhD level; and the solid knowledge and skills in Statistics constitutes an additional ideal background for the research activities in Economics and Finance.

22 . The "*Statistician and Economist Engineer*" training program of ENSAE Paris Tech has been especially designed to give its students the ideal academic backgrounds for graduate/PhD studies and research careers in Economics and Finance: the graduates of the program have

---

[5] The PhD program in Finance is located at Columbia Business School. But during their first year PhD study, the students of the PhD program in Finance and the students of the PhD program in Economics take the same PhD courses in Economics at the Department of Economics.

combined BS/MS honors degree not just in Mathematics and not just Mathematics and Economics, but Mathematics, Economics, and Statistics (paragraph 19 above). Therefore, not only are the graduates of the "*Statistician and Economist Engineer* " program of ENSAE Paris Tech qualified for PhD programs in Economics and Finance (paragraph 14), but they are also ideal candidates (best qualified candidates) for the PhD programs and research careers in Economics and Finance.

23 . I am a graduate of the "*Statistician and Economist Engineer* " program of ENSAE Paris Tech, and I have been seeking admission to PhD programs in Statistics, Economics and Finance of Columbia since 2005. I first applied and reapplied again and again for admission to the PhD program in Economics. Then after I passed more than 4 actuarial certification exams (paragraphs 32 to 35 below), I also applied for admission to the PhD program in Statistics of Columbia with intention to do PhD thesis in Actuarial Science. After that, I also applied and reapplied again and again for admission to the PhD program in Finance of Columbia with intention to specialize in *Corporate Finance and Enterprise Risk Management* (paragraph 36 below).

24 . As a graduate of the "*Statistician and Economist Engineer*" training program of ENSAE Paris Tech, not only am I qualified for the PhD programs in Economics and Finance of Columbia (paragraph 14 above), but I am even an ideal candidate (best qualified candidate) for these PhD programs in Economics and Finance (paragraphs 21 and 22 above).

25 . However, so far in 20 years period where I sought admission to PhD programs in Economics and Finance of Columbia, the admission staff have always treated me differently compared to similarly situated applicants outside my protected classes: (i) the admission staff deny me admission whereas they routinely admit my non-underrepresented ENSAE Paris Tech graduate peers (paragraphs 27 and 28 below); (ii) and/or the admission staff deny me admission and prefer admitting less qualified younger, non-underrepresented foreign applicants who are far from an

11

ideal candidate for the PhD programs in Economics and Finance (paragraph 26 below).

26 . For instance, in 2025 the PhD program in Finance of Columbia admitted the younger, non-underrepresented applicants Yifan Shi, Sanjeevan Singh, Niclas Carlson and Michael Seoane; similarly in 2024 they admitted the younger, non-underrepresented foreign applicants Cesare Dela Pierre, Giacomo Ricciardi, Vanessa Hu and Jiarui Fan; similarly in 2023 they admitted the younger, non-underrepresented foreign applicants Nolwenn Allaire and Clemens Lehner; similarly in 2022 they admitted the younger, non-underrepresented foreign applicants Shuwen Wang and Neel Shah, etc.: these younger, non-underrepresented (foreign) students did all major in only Economics; so, they were far from an ideal candidate for the PhD program in Finance (paragraph 21 above); but admission staff of Columbia preferred admitting these less qualified younger, non-underrepresented foreign applicants rather than admitting a better qualified African American ideal candidate like me (paragraphs 22 to 24 above).

27. It's worth noting that, in more than 80 years of the history of the *"Statistician and Economist Engineer"* training program of ENSAE Paris Tech, a non-underrepresented graduate of the program never has been denied admission into a PhD program in the USA. When it comes to PhD programs in Economics and Finance of Columbia, the admission staff routinely admit my non-underrepresented ENSAE Paris Tech graduate peers. As a graduate of the same *"Statistician and Economist Engineer"* program of ENSAE Paris Tech, I am qualified and competitive too. But so far in 20 years period 2005-2025 where I sought admission to PhD programs in Economics and Finance of Columbia, the admission staff have always treated me differently compared to my non-underrepresented ENSAE Paris Tech graduate peers.

28 . Furthermore, there is an unwritten agreement between ENSAE Paris Tech and Columbia to admit the ENSAE Paris Tech graduates who want to do graduate/PhD studies at

Columbia. Each year, virtually there is always a non-underrepresented ENSAE Paris Tech graduate studying there at Columbia doing graduate/PhD studies in Statistics, Economics or Finance. But the admission staff of Columbia do always violate the unwritten agreement with ENSAE Paris Tech when an African American ENSAE Paris Tech graduate like me apply for admission to graduate/PhD programs at Columbia.

29 . It's also worth noting that, not only does Columbia admit my non-underrepresented ENSAE Paris Tech graduate peers to its graduate/PhD programs in Economics and Finance, but Columbia does also import and sponsor foreign Professors of Economics and Finance that are non-underrepresented ENSAE Paris Tech alumni. For example, when I first visited Columbia in Fall 2005, I already saw non-underrepresented Professor Bernard working there: he is an ENSAE Paris Tech alumnus, class of 1986; he was one of Professors of Economics at ENSAE Paris Tech when I studied there at the "*Statistician and Economist Engineer*" training program of ENSAE Paris Tech; he was imported and sponsored by Columbia some years after I graduated from ENSAE Paris Tech. To date, Colombia continues to import and sponsor non-underrepresented foreign Professors of Economics and Finance that are ENSAE Paris Tech alumni. For example, Columbia Business School has recently imported and sponsored non-underrepresented foreign Professor Noemie who is an ENSAE Paris Tech alumna, class of 2016. In fact, the Professors of Economics and Finance who are ENSAE Paris Tech alumni (such as Professor Noemie and Professor Bernard) are exceptionally competitive in research activities in Economics and Finance because of their additional expertise in Statistics (see paragraphs 18, 21 and 22 above). Top ranking business schools and top ranking departments of Economics in USA do all import professors of Economics and Finance who are ENSAE Paris Tech alumni. As a graduate of ENSAE Paris Tech, I could have

graduate of ENSAE Paris Tech, I could have become an exceptionally competitive Professor of Economics and Finance too if the admission staff of Columbia didn't discriminate against me during the last two decades.

30 . It's also worth noting that by preferring admitting less qualified foreign candidates and by preferring importing and sponsoring my non-underrepresented ENSAE Paris Tech foreign graduate peers rather than admitting and training a qualified African American like me to become Professor of Economics and Finance, not only does Columbia discriminate against me but it does also defraud the USA. In fact, pursuant to *42 USC §1862s–5 (Programs to expand STEM opportunities)*, the United States should encourage full participation of individuals from underrepresented populations in STEM such as African Americans like me. And pursuant to *42 USC §1885 (Congressional statement of findings and declaration of policy respecting equal opportunities in science and engineering)*: *(i)* it is in the national interest of the USA to promote the full use of human resources in science and engineering and to insure the full development and use of the scientific and engineering talents and skills of men and women, equally, of all ethnic, racial, and economic backgrounds; *(ii)* and it is the policy of the USA to encourage men and women of all ethnic, racial, and economic backgrounds to acquire skills in science, engineering, and mathematics, to have equal opportunity in education, training, and employment in scientific and engineering fields.

31 . It's also worth noting that the graduate/PhD admission discrimination against underrepresented Blacks/African Americans like me has been corroborated by research findings of academic researchers. Let's take the example of the research findings of education professor Julia Posselt of University of Southern California. In publishing her research findings titled *"Graduate Admissions: Merit, Diversity and Faculty Gatekeeping"* in 2016, Harvard University

14

Press said, I quote, "*Inside Graduate Admissions presents admissions from decision makers' point of view.... Who ultimately makes the admit list reveals as much about how Professors see themselves — and each other — as it does about how they view students. Professors in these programs say that they admit on merit, but they act on different meanings of the term*".

32 . It's also worth noting that I have gradually passed actuarial certification exams of American Society Of Actuaries ("SOA") and Casualty Actuarial Society ("CAS") since July 2007. My initial objective was to get additional academic credentials to further proving my strong knowledge and skills in Mathematics, Statistics and Economics. In fact, SOA/CAS actuarial certification exams (such as Exam 1/Probability, Exam 2/Financial Mathematics, Exam 3/Financial Economics, etc.) are merit-based, standardized examination that measure the candidate's knowledge and skills in Mathematics, Statistics and Economics academic fields.

33 . You can check the web site of the Office of Personnel Management (OPE) of federal government, Actuarial Science, Series 1510 (Exhibit 8): a federal government employee with Bachelor degree in Mathematics, Statistics, Economics, Finance or Actuarial Science is paygrade GS-5; a federal government employee with 1 actuarial certification exam of SOA/CAS is paygrade GS-7 above GS-5/Bachelor degree; a federal government employee with 2 actuarial certification exams of SOA/CAS is paygrade GS-9 comparable to GS-9/Masters degrees in Mathematics, Statistics, Economics, Finance, and Actuarial Science; a federal government employee with 3 actuarial certification exams of SOA/CAS is paygrade GS-11 comparable to PhD degrees in Mathematics, Statistics, Economics, Finance, and Actuarial Science; and a federal government employee with 4 actuarial certification exams of SOA/CAS is paygrade GS-12 above GS-11/PhD in Mathematics, above GS-11/PhD in Statistics, above GS-11/PhD in Economics, above GS-11/PhD in Finance, and above GS-11/PhD in Actuarial Science, etc.

34 . In other words, the rule in USA is simple and straightforward: a person with more SOA/CAS actuarial certification exams can't be less qualified than a person with less SOA/CAS actuarial certification exams, *ceteris paribus*; and/or a person with less SOA/CAS actuarial certification exams can't be better qualified than a person with more SOA/CAS actuarial certification exams, *ceteris paribus*.

35 . The graduate/PhD admission discrimination against me can be viewed through those SOA/CAS actuarial certification. First, I have already passed more than 4 SOA/CAS actuarial certification exams since 2009, whereas virtually all the candidates admitted to the graduate/PhD programs in Economics and Finance of Columbia have none or less than 4 SOA/CAS actuarial certification exams. Therefore, I can't be less qualified than them  and/or they can't be better qualified than me. Second, in more than 100 years of the history of the American actuarial profession, there has never been a non-underrepresented person with 4 or more SOA/CAS actuarial certification exams denied admission to graduate/PhD program; so, denying me admission constitutes a flagrant different treatment.

36 . It's also worth noting that, after I passed more than 4 SOA/CAS actuarial certification exams, I decided to plan to do academic actuary career. Academic actuaries are College professors with actuarial certifications from American Society of Actuaries (SOA) and/or Casualty Actuarial Society (CAS). I am planning to do academic actuary career with specialization in *"Corporate Finance and Enterprise Risk Management(CFE)"*. It's called Professor of Actuarial Science with specialization in Corporate Finance and Enterprise Risk Management(CFE) if the professor works for a Department of Actuarial Science; and it's called Professor of Finance with specialization in Actuarial Science if the Professor works for a Business School Department. The best preparation for the CFE academic actuary career is doing PhD study in Finance with specialization in

Corporate Finance and Risk Management. In fact, the advanced SOA/CAS actuarial certification exams for the specialization in CFE (such as *CFE 101 - Enterprise Risk Management Exam , CFE 201 - Corporate Finance Exam , CP 311 – Strategic Financial Management Exam, CP 351 - Asset Liability Management Exam*) are all based on PhD courses in Finance. i.e. The PhD program in Finance of Columbia does contain the courses I need to pass the advanced SOA/CAS CFE exams.

37 . One of the main reasons that motivated me to choose the academic actuary career plan is this: USA is in shortage of academic actuaries that can address research and education needs of the US actuarial profession, including both the theoretical and practical aspects. The American actuarial professional organization SOA did even create James C. Hickman Scholarships (4 to 6 new scholarships per year; $20,000 each; renewable up to 4 times; i.e. free money of up to $80,000) to encourage American citizens (those who can pass SOA/CAS actuarial certification exams) to do PhD study, get certified actuary and eventually become academic actuary.

38 . Preparing and passing actuarial certification exams are difficult and time consuming. Each exam requires 300 to 500 clock hours self-study and preparation. As a consequence, USA still don't have enough American PhD students to take the James Hickman Scholarships. Each year, the SOA gives away 60% to 100% of the scholarships to foreign PhD students (free money of up to $80,000) to encourage the foreign PhD students to stay to work in the USA or Canada after the end of their PhD studies. Starting in 2024, SOA did also extend the scholarship offer to foreign PhD students studying outside USA and Canada to encourage them to come to work to USA and/or Canada after the end of their PhD study. For instance, in 2025, all the 6 new James Hickman scholarships were given to non-underrepresented foreign PhD students where 4 of them are studying outside USA: Haoqi Lyu studying in China, Yuan Zhuang studying in Australia, Mengqi Wang and Austin Riis-Due studying in Canada, and Panyi Dong and Tianhe Zhang

17

studying in USA. The point is, I am American citizen who can pass SOA/CAS actuarial certification exams; thus, Columbia has no lawful reason to bar me from accessing PhD program, getting the James C. Hickman scholarship and eventually becoming an academic actuary.

39 . As I already mentioned in paragraphs above, I have already passed more than 4 SOA/CAS actuarial certification exams (paragraph 34 above) and federal government employee with 4 actuarial certification exams of SOA/CAS is paygrade GS-12 above GS-11/PhDs in Mathematics, Statistics, Economics, Finance, and Actuarial Science (paragraph 32 above). With those SOA/CAS actuarial certifications of mine, I do already have the preferred qualification for entry level Assistant Professor of Actuarial Science job. But a PhD diploma is required for the tenured faculty job; so, I am not yet qualified for the Assistant Professor of Actuarial Science job because I don't have a PhD diploma. i.e. The only thing remaining that prevents me from starting my academic actuary career is a PhD diploma. Therefore, Columbia has no lawful reason to bar me from accessing PhD study. This is particularly true because Columbia has received federal funds supposed to boost the participation of underrepresented Blacks/African Americans like me, pursuant to *42 USC §1862s–5 (Programs to expand STEM opportunities)* and/or *42 USC §1885 (Congressional statement of findings and declaration of policy respecting equal opportunities in science and engineering)*.

40 . Furthermore, it's also worth noting that the PhD study and research career in Economics and Finance is very lucrative. For example, non-underrepresented foreign person Sebastien got his PhD in Finance in 2018 from University of Pennsylvania, and his entry level salary as an Assistant Professor of Finance at University of Wisconsin-Madison was $300,000 per year. Another example, University of California – Berkeley has imported and sponsored non-underrepresented ENSAE Paris Tech alumnus David (ENSAE Paris Tech graduate, class of 2003);

18

and his compensation as an Associate Professor of Economics and Finance at University of California - Berkeley was $574,293 in 2023.

41 . I am ENSAE Paris Tech alumnus who graduated before the above-mentioned Professor David of University of California - Berkeley. If Columbia didn't discriminate against me, I could have become a Professor of Economics and Finance like Professor David and/or at the current position of Professor David with a compensation of about $500,000 - $600,000 per year. Unfortunately, the graduate/PhD admission officers of Columbia have always discriminated against me, and my lost wages do already amount to over 5 million of dollars.

42 . To sum up, graduate/PhD admission officers of Columbia don't want the qualified Blacks/African Americans like me to get those high paying Professor of Economics and Finance jobs. They prefer admitting and training less qualified younger, non-underrepresented foreign PhD applicants to take those high paying jobs in USA rather than admitting and training the better qualified non-underrepresented African American candidate like me. Columbia does also prefer importing and sponsoring my foreign non-underrepresented ENSAE Paris Tech graduate peers to take those high paying Professor of Economics and Finance jobs in USA rather than admitting and training the non-underrepresented African American ENSAE Paris Tech graduate like me.

### VI . Requested reliefs

1 . I am asking the Court to order Columbia to make me whole:

    (1) . Offering me an admission to the PhD program in Finance for Fall 2026 admission.

    (2) . Paying me my lost wages that do already amount to over 5 million of dollars.

2 . I am also requesting a Court injunction requiring admission staff of Columbia to conduct all graduate/PhD admissions in a manner that does not permit the discrimination against qualified underrepresented Blacks/African Americans.

3 . I am also asking the reimbursement of my attorney fees and costs pursuant to any applicable legal authority.

4 . And I am demanding a trial by jury in this action of all triable issues.

## VII . Certification

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/19/2026

Signature of Plaintiff: 

Name of Plaintiff: RANDALL PHILLIPS

*Pro se*

20

EXHIBIT 01

# MATHEMATICS

Allocated time: 4 Hours

## Exercise 1

Calculate the coefficient of the monomial $x^6 y^5 z^4$ in the expansion of $(2x - 5y + z)^{15}$.

## Exercise 2

Let $f$ and $g$ be two real-valued functions on $R^{+*}$ (the set of strictly positive real numbers), where $f$ is convex and $g$ is affine.

Suppose that

1. $\forall x > 0, \quad f(x) \le g(x)$

2. $f(1) = g(1)$.

Compare $f$ and $g$, and provide the details of your comparison.

## Problem 1: Introduction to real analysis

Consider the function $f_m$ defined by $f_m(x) = mx - 1 - Ln(x)$, where $m$ is a strictly positive, real parameter.

1. Study the variations of $f_m$.

2. Demonstrate that for all $x > 0$, the inequality $Ln(x) \le x - 1$ holds.

Suppose that an integer $n$ with $n \ge 2$ is given and that $n$ strictly positive numbers $a_1, a_2, a_3, \ldots, a_n$ are given. Let $M$ be the arithmetic mean of the given numbers, let $G$ be the geometric mean, that is $G = \sqrt[n]{a_1 \cdot \cdots \cdot a_n}$, and let $H$ be the harmonic mean, so that $\frac{n}{H} = \frac{1}{a_1} + \cdots + \frac{1}{a_n}$.

3. Compare the magnitudes of $G$ and $M$, and provide the details of your comparison (you may use $x = \frac{a_i}{M}$).

4. Compare the magnitudes of $G$ and $H$, and provide the details of your comparison.

## Problem 2: Introduction to linear algebra

Let $E$ be the space of continuous real valued functions defined on $R$ that have period $2\pi$. Denote by $E_e$ the sub-set of $E$ consisting of even functions, and let $E_o$ be the sub-set of $E$ consisting of odd functions.

1. Show that $E$ is a real vector space.

2. Show that $E_e \cap E_o = \{0\}$.

3. Demonstrate that the three functions $f_1, f_2, f_3$ given by

$$f_1(t) = \cos(t), \quad f_2(t) = \cos(2t), \quad f_3(t) = \cos(3t)$$

are linearly independent in $E$.

4. Let $g_1, g_2, g_3$ be the functions given by

$$g_1(t) = \sin(t), \quad g_2(t) = \sin(2t), \quad g_3(t) = \sin(3t).$$

Give a base for the vector space $F$ spanned by the 6 functions $\{f_1, f_2, f_3, g_1, g_2, g_3\}$.

5. Let $D$ be the transformation that to each function in $F$ associates its derivative. Prove that $D$ is a linear transformation and compute its kernel and the image.

EXHIBIT 02

APRIL 2012

ANALYSIS & LINEAR ALGEBRA

### Allocated time: 4 Hours

The exam consists of two independent problems, one in analysis and one in linear algebra. All results given in the formulations may be used in the questions that follow. Much attention and care shall be placed on the arguments given in the solutions and the presentation of the results.

## 1   Analysis problem

The set of natural integers is denoted by $\mathbb{N}$ and the set of non-zero natural integers is denoted by $\mathbb{N}^*$. For all $n \in \mathbb{N}$ and $k \in \mathbb{N}^*$, a "partition of the integer $n$ into $k$ parts" refers to any $k$ natural integers $(a_1, \cdots, a_k)$ for which $a_1 + \cdots + a_k = n$.

Given an integer $n \in \mathbb{N}$, let $p_k(n)$ denote the number of partitions of $n$ into $k$ parts:

$$p_k(n) = Card\{(a_1, \cdots, a_k) \in \mathbb{N}^k : a_1 + \cdots + a_k = n\},$$

where $Card$ is the notation for the cardinality of a set (that is to say, the number of elements in the set). Introduce the notation

$$r_k(n) = Card\{(b_1, \cdots, b_k) \in \mathbb{N}^k : b_1 + 2b_2 + 3b_3 + \cdots + kb_k = n\}.$$

Finally, define, for each $k \in \mathbb{N}^*$, the power series $\mathcal{R}_k$ of the complex variable $z$ given by

$$R_k(z) = \sum_{n \geq 0} r_k(n) z^n.$$

We accept that for all complex numbers $\alpha$ and $z$ such that $|\alpha z| < 1$

$$\frac{1}{(1 - \alpha z)^k} = \sum_{n \geq 0} C_{n+k-1}^{k-1} \alpha^n z^n,$$

where $C_n^k = \binom{n}{k} = \frac{n!}{k!(n-k)!}$ is the $k$-th binomial coefficient of order $n$.

1

## 1.1  Partitions for $k = 2, 3$

1. Show that, for all $n \in \mathbb{N}$ and $k \in \mathbb{N}^*$, we have that $r_k(n) \leq \frac{p_k(n)}{k-1}$.

2. Calculate $r_2(n)$ and $p_2(n)$ for all $n \in \mathbb{N}$.

3. Show that for all $z \in \mathbb{C}$ such that $|z| < 1$

$$\mathcal{R}_3(z) = \frac{1}{1-z} \times \frac{1}{1-z^2} \times \frac{1}{1-z^3}.$$

4. Using the equality

$$(1-z)(1-z^2)(1-z^3) = 1 - z - z^2 + z^4 + z^5 - z^6,$$

which holds for all complex numbers $z$, show that for all $n \geq 6$, we have that

$$r_3(n) - r_3(n-1) - r_3(n-2) + r_3(n-4) + r_3(n-5) - r_3(n-6) = 0.$$

5. Write $j = \exp(2i\pi/3)$. Using a decomposition into simple elements, show that for all complex numbers $z$ such that $|z| < 1$

$$\mathcal{R}_3(z) = \frac{17}{72}\frac{1}{1-z} + \frac{1}{4}\frac{1}{(1-z)^2} + \frac{1}{6}\frac{1}{(1-z)^3} + \frac{1}{8}\frac{1}{1+z} + \frac{1}{9}\frac{1}{1-jz} + \frac{1}{9}\frac{1}{1-j^2z}.$$

6. Deduce that for all $n \in \mathbb{N}$

$$r_3(n) = \frac{n^2}{12} + \frac{n}{2} + \frac{47}{72} + \frac{(-1)^n}{8} + \frac{2\cos(2\pi n/3)}{9}.$$

7. Deduce that $r_3(n) = E\left[\frac{(n+3)^2}{12}\right]$ where $E[x]$ is the closest integer to $n$, that is, the smallest integer $n$ satisfying $|x - n| \leq |x - p|$ for all $p \in \mathbb{N}$.
   For example, $E[6.8] = 7$ and $E[2.5] = 2$.

## 1.2  Rational power series

Let $S(z)$ be a power series with radius of convergence $r > 0$:

$$S(z) = \sum_{n \geq 0} a_n z^n \qquad |z| < r.$$

We accept the following theorem:
*The series $S(z)$ coincides with a rational function $F(z)$ of the form $\frac{P(z)}{Q(z)}$, where $P$ and $Q$ are both polynomial functions and $Q$ does not vanish in the open disc $D(0,r)$ of radius $r$, when there exists $d \in \mathbb{N}$, $q \in \mathbb{N}$, and $\lambda_0, \lambda_1, \cdots, \lambda_q \in \mathbb{R}^{q+1}$ (not all zero) such that $\lambda_0 a_n + \lambda_1 a_{n+1} + \cdots + \lambda_q a_{n+q} = 0$ holds for all $n \geq d$.*
We say then that the rational function is defined by:

- the initial conditions, that is, the given $q + d$ numbers $(a_0, a_1, \ldots, a_{d+q-1})$; and

- the linear recurrence relation given by the $q + 1$ coefficients $(\lambda_0, \lambda_1, \ldots, \lambda_q)$.

We accept that two rational functions are equal if, and only if, all of their coefficients are equal. They are thus equal if, and only if, the initial conditions and the recurrence relations are identical.

2

8. Let $F(z) = \frac{P(z)}{Q(z)}$ be a rational function where $Q$ does not vanish in the open disc $D(0,r)$, with $r > 0$. The initial conditions are composed of $q + d$ numbers. Show that there exists a polynomial function $S$ of degree $d-1$ such that
$$F(z) = S(z) + z^d G(z) \quad \text{for all } z \in D(0,r),$$
where $G$ is a rational function with the same recurrence relation as $F$, but where the initial conditions are composed of only $q$ numbers.

The preceding question allows one to reduce to the case where $d = 0$. In all of the following questions we shall assume that this is indeed the case and we'll denote by $F$ such a rational function. The initial conditions allow thus the definition of the following family of polynomials
$$P_0(X) = 0 \text{ and for all } k \in \{1, \ldots, q\}, \quad P_k(X) = \sum_{n=0}^{k-1} a_n X^n.$$

We denote by $R(X) = \sum_{i=0}^{q} \lambda_i X^{q-i}$ the polynomials associated with the recurrence relation.

9. Show that $Q(X) = \sum_{i=0}^{q} \lambda_i X^{q-i} P_i(X)$ is a polynomial of degree strictly smaller than $q$.

10. Show that $\lambda_q(P_q(X) - F(X)) = \lambda_0 X^q F(X) + \sum_{j=1}^{q-1}(\lambda_j X^{q-j}[F(X) - P_j(X)])$.

11. Deduce that $F(X) = Q(X)/R(X)$.

12. Show that there exists $r \in \mathbb{N}$, $(\xi_1, \ldots, \xi_r) \in \mathbb{C}^r$ and $(m_1, \ldots, m_r) \in \mathbb{N}^r$ such that
$$R(X) = (1 - \xi_1 X)^{m_1} \cdots (1 - \xi_r X)^{m_r}.$$

13. Using a decomposition of $Q/R$ into simple elements, show that there exists a family $((b_{i,j})_{j=1,\ldots,m_i})_{i=1,\ldots,r}$ such that
$$a_n = \sum_{i=1}^{r} \sum_{j=1}^{m_i} b_{i,j} C_{n+j-1}^{j-1} \xi_i^n.$$

To find an equivalent form of $a_n$, in the previous sum consider the value of $\xi_i$ of largest modulus and the polynomial term of highest degree (that is, take $j = m_i$). In case several $\xi_i$ of largest modulus exist, take the one of largest multiplicity.

14. Let $i_0$ be the index of $\xi_i$ of largest modulus (in case several of the $\xi_i$ have largest modulus, take the one of largest multiplicity). Show that an equivalent form for $a_n$ can be written in the following form
$$a_n \sim b_{i_0,m_{i_0}} \xi_{i_0}^n \frac{n^{m_{i_0}-1}}{(m_{i_0}-1)!}.$$

15a. Consider the rational function $\tilde{F}$ defined by the initial conditions $(1,1,2,3,4,5)$ and the recurrence relation $(-1,1,1,0,-1,-1,1)$. Find an explicit expression of the function $\tilde{F}$ in terms of $\mathcal{R}_3$.

15b. Using question 14, show that an equivalent form of the $n$-th coefficient of $\tilde{F}$ (denoted by $a_n(\tilde{F})$) is given by
$$a_n(\tilde{F}) \sim \frac{n^2}{12}.$$

Does this result agree with the result from question 8?

3

## 1.3   Partitions for arbitrary $k$

16. Show that for all $k \in \mathbb{N}^*$ and for all complex numbers $z$ such that $|z| < 1$, if $\mathcal{R}_k(X) = \frac{\mathcal{R}_{k-1}(z)}{1-z^k}$ then

$$\mathcal{R}_k(z) = \frac{1}{1-z} \cdots \frac{1}{1-z^k}.$$

17. Deduce that

$$r_k(n) = r_{k-1}(n) + r_{k-1}(n-k) + r_{k-1}(n-2k) + \cdots$$

where we use the convention: $r_k(n-ik) = 0$ if $n < ik$.

18. Using the fact that the function $x \mapsto x^{k-1}$ is convex, show that for all $k \geq 2$

$$x^{k-2} \geq \frac{1}{k(k-1)} \left( x^{k-1} - \max\left\{ (x-k)^{k-1}; 0 \right\} \right), \quad \text{for all } x \geq 0.$$

19. Show by induction on $k \in \mathbb{N}^*$ that

$$r_k(n) \geq \frac{n^{k-1}}{k!(k-1)!}.$$

# 2   Linear algebra problem

Throughout this problem, $\mathbb{R}$ stands for the field of real numbers and $E$ is a vector space over $\mathbb{R}$ of finite dimension $n$. A symmetric bilinear form on $E$ is any bilinear function $\varphi : E \times E \to \mathbb{R}$ satisfying

$$\forall (x,y) \in E^2, \quad \varphi(x,y) = \varphi(y,x).$$

A quadratic form on $E$ is any function $Q : E \to \mathbb{R}$ of the form

$$q(x) = \varphi(x,x)$$

where $\varphi$ is a symmetric bilinear form on $E$.

Let $U$ and $V$ be two vector sub-spaces of $E$, and we denote by $U \oplus V$ the direct sum of $U$ and $V$, in particular, it is the vector subspace $U + V$ under the condition that $U \cap V = \{0\}$.

## 2.1   Diagonalization

1. Let $q$ be a quadratic form on $E$. Show that there exists a unique symmetric bilinear form $\varphi$ (called the polar form of $q$) such that $q(x) = \varphi(x,x)$ for all $x \in E$. In particular, verify that

$$\forall (x,y) \in E^2, \quad \varphi(x,y) = \frac{1}{4}(q(x+y) - q(x-y)).$$

We call a symmetric bilinear form $\varphi$ positive (resp. positive definite) if, for all $x \in E$, $\varphi(x,x) \geq 0$ (resp. if, for all $x \neq 0$, $\varphi(x,y) > 0$). The matrix of $\varphi$ in the base $\mathcal{B} = (e_1, \ldots, e_n)$ is the matrix $\text{Mat}_\mathcal{B}(\varphi) = (\varphi(e_i, e_j))_{i,j=1,\ldots,n}$.

2. Let $\mathcal{C} = (f_1, \ldots, f_n)$ be a base of $E$ and $P$ the transition matrix from $\mathcal{B}$ to $\mathcal{C}$. Show that

$$\text{Mat}_\mathcal{C}(\varphi) = {}^t P \text{Mat}_\mathcal{B}(\varphi) P.$$

4

In the rest of the problem, the rank of a quadratic $q$ (associated with the symmetric bilinear form $\varphi$) is the rank of the matrix of $\varphi$ in a base of $E$. We say that a base $\mathcal{B}$ is orthogonal for $\varphi$ (or, equivalently, for the associated quadratic form $q$) if the matrix $\mathrm{Mat}_\mathcal{B}(\varphi)$ is diagonal.

3. Let $\mathcal{B}$ be a base such that $\mathrm{Mat}_\mathcal{B}(\varphi) = \mathrm{diag}(\alpha_1, \ldots, \alpha_n)$. Given two vectors $x$ and $y$ in $E$, write $(x_1, \ldots, x_n)$ and $(y_1, \ldots, y_n)$ for the coordinates of $x$ and $y$ in the base $\mathcal{B}$. Calculate $\varphi(x, y)$ as a function of the $x_i$ and the $y_i$.

4. Let $f_1$ be a vector in $E$ such that $\varphi(f_1, f_1) \neq 0$. Denote by $\varphi_1 : E \to \mathbb{R}$ the bilinear form defined for all $x$ in $E$ by $\varphi_1(x) = \varphi(f_1, x)$, and $F = \ker(\varphi_1)$. Show that $E = \mathbb{R}f_1 \oplus F$, where $\mathbb{R}f_1$ stands for the 1-dimensional vector sub-space of $E$ generated by $f_1$.

5. Deduce that every symmetric bilinear form on $E$ admits a base in which its matrix is diagonal.

6. Determine a base for the quadratic on $\mathbb{R}^4$ given by

$$q(x) = x_1 x_2 + x_1 x_3 + x_1 x_4 + x_2 x_3 + x_2 x_4 + x_3 x_4.$$

(You may start by first finding the symmetric bilinear form $\varphi$ associated with $q$ and the corresponding matrix of $\varphi$ in the canonical base of $\mathbb{R}^4$).

7. Show that there exists a base $\mathcal{C}$ of $E$ and two integers $p$ and $q$ such that

$$\mathrm{Mat}_\mathcal{C}(\varphi) = \begin{pmatrix} J_p & 0 & 0 \\ 0 & -J_p & \vdots \\ 0 & \cdots & 0 \end{pmatrix}$$

where $J_r$ stands for the $r \times r$ identity matrix.

## 2.2   Totally isotropic sub-spaces

For a symmetric bilinear form $\varphi$, its kernel (denoted by $\ker(\varphi)$) is the kernel of $\mathrm{Mat}_\mathcal{B}(\varphi)$ in some base $\mathcal{B}$. We say that $\varphi$ is non-degenerate if $\ker(\varphi) = \{0\}$.

We say that the bilinear form $\varphi$ is positive (resp. negative) if for all $x \in E$ we have that $\varphi(x, x) \geq 0$ (resp. $\varphi(x, x) \leq 0$). We say that the bilinear form $\varphi$ is definite if it satisfies the property

$$\varphi(x, x) = 0 \iff x = 0.$$

The signature of $\varphi$ refers to a pair $(n_+; n_-)$ of integers where $n_+$ is the largest dimension of a vector sub-space $F$ of $E$ such that the restriction of $\varphi$ to $F$ is positive definite, and $n_-$ is the largest dimension of a vector sub-space $G$ of $E$ such that the restriction of $\varphi$ to $G$ is negative definite.

In the following question, we consider an orthogonal base $\mathcal{B} = (e_1, \ldots, e_n)$ for $\varphi$, and $\mathrm{diag}(\alpha_1, \ldots, \alpha_n)$ the matrix of $\varphi$ in the base $\mathcal{B}$, with $\alpha_i > 0$ for $i = 1, \ldots, p$, $\alpha_i < 0$ for $i = p+1, \ldots, p+q$, and $\alpha = 0$ in all other cases.

8a. Show that $q \leq n_+$.

8b. Let $F_+$ be a vector sub-space of $E$ of dimension $n_+$ such that the restriction of $\varphi$ to $F_+$ (denoted by $\varphi\,|_{F_+ \times F_+}$) is positive definite, and let $G = \mathrm{Vect}(e_{p+1}, \ldots, e_n)$. Show that $F_+$ and $G$ from a direct sum. Deduce that $n_+ \leq p$.

5

8c. Deduce Sylvester's Theorem: In any orthogonal base of $E$, the matrix of $\varphi$ has precisely $n_+$ strictly positive elements and $n_-$ negative elements.

9. Express the rank of $\varphi$ in terms of its signature and determine the signature of a positive definite bilinear form.

The isotropic kernel of a quadratic form $q$ is the set

$$C_q = \{x \in E, q(x) = 0\}.$$

We say that two vectors $x$ and $y$ are orthogonal for the symmetric bilinear form $\varphi$ if $\varphi(x,y) = 0$. For $A$ a subset of $E$, the orthogonal complement of $A$ with respect to $\varphi$ is the set

$$A^\perp = \{y \in E, \forall x \in A \quad \varphi(x,y) = 0\}.$$

10a. Show that $A^\perp$ is a vector sub-space of $E$.

10b. Show that for all subsets $F$ of $E$, one has

$$F \subset F^{\perp\perp}.$$

10c. Show that for all subsets $A$ and $B$ of $E$, one has the following implication

$$A \subset B \implies B^\perp \subset A^\perp.$$

We call a vector sub-space $F$ of $E$ a totally isotropic sub-space (TISS for short) if, for all $x$ in $F$, $q(x) = 0$. We call a totally isotropic sub-space $G$ maximal (MTISS for short) if it satisfies the property: if $F$ is a TISS containing $G$, then $F = G$ ($G$ is maximal with respect to inclusion).

Let $F$ be a TISS.

11a. Show that $F \subset F^\perp$.

11b. Show that $\dim F \le n - \frac{r}{2}$, where $r$ is the rank of the quadratic form $q$.

11c. Show that $F$ is contained in a maximal TISS.

Suppose that $\varphi$ is non-degenerate. Given two MTISS $G_1$ and $G_2$, we denote $F = G_1 \cap G_2$, $S_1$ a direct complement of $F$ in $G_1$ (thus $F \oplus S_1 = G_1$) and $S_2$ a direct complement of $F$ in $G_2$ (thus $F \oplus S_2 = G_2$).

12a. Show that $S_1 \cap S_2^\perp = S_1^\perp \cap S_2 = \{0\}$. Deduce that $\dim G_1 = \dim G_2$.

12b. Thus, all MTISS have equal dimensions. That common dimension is called the index of the quadratic form. Calculate the index of $q$ in terms of its signature $(n_+; n_-)$.

6

# EXHIBIT  03

# REAL ANALYSIS 2

## Allocated time: 4 Hours

Let $I$ be a non-empty interval in $\mathbb{R}$ which does not reduce to a point. Denote by $C^0(I, \mathbb{R})$ the set of continuous functions defined on $I$ with values in $\mathbb{R}$, and denote by $\mathcal{L}(I, \mathbb{R})$ the subset of $C^0(I, \mathbb{R})$ formed by the Lipschitz functions, namely those functions $\varphi$ for which there exists a constant $C > 0$ such that

$$\forall (x, y) \in \mathbb{R}^2, \ |\varphi(x) - \varphi(y)| \le C|x - y|.$$

———————I———————

In this part we shall study some properties of Lipschitz functions.

1. Show that $\mathcal{L}(I, \mathbb{R})$ is a real vector subspace of $C^0(I, \mathbb{R})$.
   If $f \in \mathcal{L}(I, \mathbb{R})$, justify the existence of the real number $K_f$ defined as

$$K_f = \sup \left\{ \left| \frac{f(x) - f(y)}{x - y} \right| \mid (x, y) \in I^2, x \ne y \right\}.$$

   This real number shall be called the *Lipschitz constant of $f$*.

2. Let $f$ and $g$ be two bounded functions in $\mathcal{L}(I, \mathbb{R})$. Show that their product, $fg$, is also a function in $\mathcal{L}(I, \mathbb{R})$. Is the same result true if not both $f$ and $g$ are bounded?

3. We assume in this question that $I$ is a compact interval in $\mathbb{R}$. Show that if $f$ and $g$ are elements in $\mathcal{L}(I, \mathbb{R})$, then their product, $fg$, is also a function in $\mathcal{L}(I, \mathbb{R})$.

4. Let $f \in \mathcal{L}(\mathbb{R}, \mathbb{R})$. Show the existence of two positive real numbers $A$ and $B$ such that
$$\forall x \in \mathbb{R}, \ |f(x)| \le A|x| + B.$$

5. Let $f$ be a function of class $C^1$ on $I$. Show that $f$ is Lipschitz on $I$ if, and only if, $f'$ is bounded on $I$.
   Express the Lipschitz constant of $f$, in this case, using $f'$.

1

6. Let $(f_n)_{n \in \mathbb{N}}$ be a sequence of elements in $\mathcal{L}(I, \mathbb{R})$ that converges on $I$ to a function $f$. Suppose further that $\sup \{K_{f_n} \mid n \in \mathbb{N}\} < \infty$. Show that $f \in \mathcal{L}(I, \mathbb{R})$.

7. Let $g \in \mathcal{L}([0,1], \mathbb{R})$ with $K_g \leq 1$. Consider the function $\tilde{g} : \mathbb{R} \to \mathbb{R}$, given by $\tilde{g}(x) = g(x - n) + n(g(1) - g(0))$, for all $x$ in $[n, n+1]$, $n \in \mathbb{Z}$.

   (a) Show that $\tilde{g} \in \mathcal{L}(\mathbb{R}, \mathbb{R})$ and that

   $$\tilde{g}(x) = g(x), \ \forall x \in [0,1] \text{ and } K_{\tilde{g}} \leq 1.$$

   (b) For $n \in \mathbb{N}^*$ and $x \in \mathbb{R}$ let $g_n(x) = n \int_x^{x + \frac{1}{n}} \tilde{g}(t) dt$. Show that $g_n$ is of class $C^1$ on $\mathbb{R}$ whose derivative is bounded by 1.

   (c) Show that the sequence $g_n$ converges to $\tilde{g}$ uniformly on $\mathbb{R}$.

---------------II---------------

The aim of this part is the study of functions $F \in \mathcal{L}(\mathbb{R}, \mathbb{R})$ satisfying

$$\forall x \in \mathbb{R}, \ F(x) - \lambda F(x + a) = f(x), \tag{1}$$

where $f$ is a given function in $\mathcal{L}(\mathbb{R}, \mathbb{R})$, and $a$ and $\lambda$ are two fixed real numbers.

1. Let $F \in C^0(\mathbb{R}, \mathbb{R})$ satisfying (1). Show that, for all $x \in \mathbb{R}$ and all $n \in \mathbb{N}^*$, it holds that

$$F(x) = \lambda^n F(x + na) + \sum_{k=0}^{n-1} \lambda^k f(x + ka), \tag{2}$$

$$F(x) = \lambda^{-n} F(x - na) - \sum_{k=1}^{n} \lambda^{-k} f(x - ka). \tag{3}$$

2. Suppose for this section that $|\lambda| < 1$.

   (a) Show that, for all $x \in \mathbb{R}$, the series $\sum_{n=0}^{+\infty} \lambda^n f(x + na)$ is absolutely convergent (you may use Question I.4).

   (b) Show that

   $$F(x) = \sum_{n=0}^{+\infty} \lambda^n f(x + na)$$

   satisfies (1) and belongs to $\mathcal{L}(\mathbb{R}, \mathbb{R})$. Conclude that $F$ is the unique function possessing these properties.

   (c) Let $f_1$ and $f_2$ be the functions defines on $\mathbb{R}$, given by

   $$f_1(x) = \cos(x) \text{ and } f_2(x) = \sin(x).$$

   Show that $f_1$ and $f_2$ are in $\mathcal{L}(\mathbb{R}, \mathbb{R})$ and that the corresponding functions $F_1$ and $F_2$ are given by

   $$F_1(x) = \frac{\cos x - \lambda \cos(x - a)}{1 - 2\lambda \cos a + \lambda^2}, \text{ and } F_2(x) = \frac{\sin x - \lambda \sin(x - a)}{1 - 2\lambda \cos a + \lambda^2}. \tag{4}$$

2

3. Suppose for this section that $|\lambda| > 1$.

    (a) Show that, for all $x \in \mathbb{R}$, the series $\sum_{n=1}^{+\infty} \lambda^{-n} f(x - na)$ is absolutely convergent.

    (b) Show that

$$F(x) = -\sum_{n=1}^{+\infty} \lambda^{-n} f(x - na)$$

    satisfies (1) and belongs to $\mathcal{L}(\mathbb{R}, \mathbb{R})$. Conclude that $F$ is the unique function possessing these properties.

    (c) Let $f_1$ and $f_2$ be the functions defined by

$$f_1(x) = \cos x \text{ and } f_2(x) = \sin x.$$

    Calculate the corresponding functions $F_1$ and $F_2$.

4. Suppose for this section that $\lambda = 1$.

    (a) Show that, if there exists a function $F \in \mathcal{L}(\mathbb{R}, \mathbb{R})$ satisfying (1), then $f$ is bounded.

    (b) Show, by constructing a suitable example, that there exist non-zero functions $F \in \mathcal{L}(\mathbb{R}, \mathbb{R})$ for which $\forall x \in \mathbb{R}$, $F(x) - F(x + a) = 0$.

    (c) Let $F \in \mathcal{L}(\mathbb{R}, \mathbb{R})$ satisfying (1). Is $F$ unique?

    (d) Suppose for this question that the function $f$ is given by $f(x) = f_2(x) = \sin x$.

        i. If $\cos a \neq 1$, show that as $\lambda$ approaches 1 in the function $F_2$ as given by formula (4), one obtains a function $F \in \mathcal{L}(\mathbb{R}, \mathbb{R})$ which satisfies (1).

        ii. If $a = 2\pi$, establish that there is no function $F \in \mathcal{L}(\mathbb{R}, \mathbb{R})$ satisfying (1).

5. Suppose for this part that $\lambda = -1$.

    (a) Show, by constructing a suitable example, that there exist non-zero functions $F \in \mathcal{L}(\mathbb{R}, \mathbb{R})$ for which $\forall x \in \mathbb{R}$, $F(x) + F(x + a) = 0$.

    (b) Let $F \in \mathcal{L}(\mathbb{R}, \mathbb{R})$ satisfying (1). Is $F$ unique?

    (c) Suppose for this question that $f$ is the function given by $f(x) = f_2(x) = \sin x$.

        i. If $\cos a \neq -1$, find a function $F \in \mathcal{L}(\mathbb{R}, \mathbb{R})$ satisfying (1).

        ii. If $a = \pi$, establish that there is no function $F \in \mathcal{L}(\mathbb{R}, \mathbb{R})$ satisfying (1).

# EXHIBIT 04

FULBRIGHT COMMISSION **Commission franco-américaine**
d'échanges universitaires et culturels
**Franco-American Commission**
for Educational Exchange

# ADMISSION TO THE FRENCH *GRANDES ECOLES*

The *Grandes Ecoles*, which are considered to be the pinnacle of French higher education, represent a sector of the educational system which is unlike anything known in American academia. They are very selective and prestigious schools of higher education. These institutions, some of which are linked to universities, exist in the following fields : engineering sciences, the humanities, political science, government administration, management, business administration and military studies.

The enrollment consists of those French students who have consistently obtained the highest grades throughout the last few years of their secondary studies. The teaching in these institutes is parallel to that given in the universities. However, the *Grandes Ecoles* remain independent in their goals, administration and programs of study.

In all there are approximately 242 engineering institutions accredited by the Ministry of Education, which are authorized to deliver the "diplôme national d'ingénieur" (engineering degree), 120 of which are public and under the authority of various French Ministries (National Education, Industry and Finance, Agriculture, Defense, Telecommunications, etc.). The remaining institutions are private. Both public and private institutions are supervised and accredited by the Ministry of Education.

Fifty management institutions are recognized by the Ministry of Education and deliver a degree endorsed by the Ministry. Most of them are under the authority of the Chambers of Commerce and Industry.

## BASIC REQUIREMENTS FOR ADMITTANCE TO PREPARATORY CLASSES FOR THE GRANDES ECOLES

The basic diploma which is required in order to be admissible for preparatory classes leading to admission in a *Grande Ecole* is the *baccalauréat de l'enseignement du second degré* which is obtained after 7 years of secondary studies.

In general, the best secondary school students enroll in the courses that are compulsory for the preparation of the *Grandes Ecoles* upon successful completion of the *baccalauréat*.

## THE COMPETITIVE ENTRANCE EXAMINATION AND ITS PREPARATION

The admission to each *Grande Ecole* is strictly limited annually by the Board of each institution in connection with the Ministry of Education and the sponsoring ministries. The enrollment depends upon the needs of qualified personnel in each professional sector.

This competitive entrance examination requires intensive preparatory work. A student seeking entrance to one of these schools may complete the work in two years. But three years is not unusual for preparation of the exam after completion of the *baccalauréat*.

The preparation for the competitive entrance examination may be given in French *lycées* or in specialized private institutions. The classes in which this preparation is offered are called *classes préparatoires*.

It is important to note that the academic quality of these *classes préparatoires* is of the highest level. They are renowned for the intense amount of work expected from their students as well as for the severity of their grading system which is based on a scale of 0 to 20. However, although only the best and brightest students are accepted in these classes after the *baccalauréat*, the grades earned by these students are usually low, most of the time under 10. There is no particular explanation for this fact; it is simply a longstanding French tradition which may be used in order to motivate the candidates. The appraisals made by each professor on the transcripts reflect the level of the student's work more readily than the student's grades.

There are usually several *Grandes Ecoles* specializing in the same fields of study. Access to the majority of these schools is extremely difficult. The competition is very severe while the study curriculum is vast and the level of instruction high.

In order to increase their chances of gaining admission into a *Grande Ecole*, candidates frequently take the competitive entrance examination of several institutions of varying rank. Thus, if the candidate is successful in gaining entry to several of these schools, he selects the most prestigious. In order to reduce the excessive number of examinations that the students had to go through, some schools have joined together in setting up common entrance examinations.

A complete listing of the *Grandes Ecoles* is available on the following website: www.cge.asso.fr

## DURATION OF STUDY AND CAREER OPENINGS IN THE *GRANDES ECOLES*

The usual duration of studies in the *Grandes Ecoles* is 3 years (after the two years of *classes préparatoires*), including several internships in companies amounting to a total of at least six months. However, some schools such as the *Ecoles Nationales d'Ingénieurs*, the *Instituts Nationaux des Sciences Appliquées* and a few others require 5 years of attendance, the *classes préparatoires* being integrated into the global study program of these schools.

The teaching in the *Grandes Ecoles* is of a very high level and is directed towards the preparation of a professional career. This teaching is more theoretical and more general than in American university departments. For instance, at one *Grande Ecole* the students are trained in metallurgy, electricity, civil engineering, aeronautics, computer science, etc. The training is said to be "polytechnical" though students are usually able to choose "major subjects" during the last year of their attendance at the school.

The advanced specialized training which is found in American universities is very attractive to French graduates of the *Grandes Ecoles,* in that they find an extremely useful complement to their French "polyvalent" background.

In all the professional sectors of the French economy, employers often show a tendency to give preference to graduates of the *Grandes Ecoles* over graduates from the French universities.

For further information on the *Grandes Ecoles*, you may contact:

*Conférence des Grandes Ecoles*
*60, boulevard Saint Michel*
*75272 PARIS CEDEX 06, France*
*E-mail : cge@cge.ensmp.fr*
*website: www.cge.asso.fr*
9, rue Chardin, 75016 Paris " TÉLÉPHONE : 08 92 68 07 47 (0,34 EUR ttc/mn)

" FAX : 01 42 88 04 79 " SITE WEB : www.fulbright-france.org

This document was prepared by the :

Educational Advising Center
Franco-American Commission for Educational Exchange (Fulbright Commission)
9, rue Chardin
75016 PARIS
FRANCE
E-mail : doc@fulbright-france.org
Website : www.fulbright-france.org

in collaboration with the *Conférence des Grandes Ecoles.*

# EXHIBIT 05

Case 1:26-cv-05291-JLR-GS   Document 1   Filed 06/22/26   Page 39 of 56



# DISCOVER
# THE MOST SPECIALIZED
# GRADUATE SCHOOL
# IN STATISTICS
# IN FRANCE



ENSAI

**Associated with INSEE**
The French National Institute
of Statistics and Economic Studies

          

# National School for Statistics and Da

ENSAI

ENSAI is the top graduate school specializing in Statistics in France (a French *Grande école*, and more specifically, one of the prestigious *écoles d'ingénieurs*). Historically associated with INSEE (French National Institute of Statistics and Economic Studies) and from both the French Ministry of Finance and the Ministry of the Economy, ENSAI offers six specializations, as well as the possibility of PhD supervision in these specializations by a member of faculty following graduation:

| Advanced Statistical Engineering | Biostatistics | Data Modeling for Spatial Analysis and Health Economics |
|---|---|---|
| Data Science | Quantitative Marketing and Revenue Management | Risk Management and Financial Engineering |

Admission to ENSAI is usually preceded by two years of post-secondary, intensive preparatory classes in either Mathematics or Economics, followed by nationally competitive examinations. ENSAI's education trains its students to become qualified specialists in Statistics, capable of information processing and analysis. Students acquire threefold expertise in Statistics, Quantitative Economics and Econometrics, and Computer Science, universally recognized in all professional sectors. They become sought-after, highly paid professionals.

Upon completion of the 3-year program, graduates become engineer-statisticians. They obtain the *Diplôme d'ingénieur,* **equivalent to a Master of Science (MSc) in Statistics** (representative of a total of 5 years of higher education and 300 ECTS credits). ENSAI has been accredited to award this degree by the French Accreditation Board for Engineering Education, the CTI (*Commission des Titres d'Ingénieur*).

ENSAI has also been accredited by the French Ministry of Higher Education and Research to deliver two Master's degrees:

| Master of Science in Big Data | Master of Science in Public Statistics |
|---|---|

These are two-year programs that are open to French and International students with varying backgrounds. Students can also transfer directly into the second year if they have the necessary prerequisites.




Insee


GENES


Cti



ENSAI - Spring 2014

# WHAT IS A *GRANDE ÉCOLE?*

The French higher education system is two-fold: universities and *grandes écoles.* While university education starts immediately following completion of secondary school. *Grandes écoles* accept students who have successfully completed at least 2 years of intensive, post-secondary preparatory courses (*classes préparatoires*). Student recruitment is generally centered around national, competitive written and oral examinations.

These graduate schools also have smaller student bodies, many more class hours, and a smaller student-professor ratio when compared to universities. *Grandes écoles* generally propose more specialized programs, are recognized for their contributions to research, and have a reputation for educating the nation's top executives, politicians, and civil servants.

Students graduating from *grandes écoles* have completed 5 or more years of higher education and hold degrees (such as a *diplôme d'ingénieur*) that are held in high esteem internationally. These students are also eligible for direct enrollment in doctoral programs.

*Grandes écoles* have the authority to deliver multiple types of degrees, such as our aforementioned *diplôme d'ingénieur* and Master's degrees.

EXHIBIT 06

rox

# What exactly is a Grandes Ecole and what does it mean?

 **Martin Jee**  
Director at Oxenbury Partners, Principal Technical Headhunter  
Published Mar 16, 2021

( + Follow )

The French University system has always seemed to be a bit of a mystery to me. Many of their Universities have roman numerals like II or III after the city's name, looking at people's CVs lots of people don't seem to have even attended a university as part of their higher education in the first place, and it's never been clear what the best universities for Computer Science in France are. So having recently secured a French developer a new position I asked him if he could help.



### Those guys who went to "Big School" and not a "University" – they're considered the very best

So I quickly found out that the developers who attended what looks like "big school" (where you wear your "big boy clothes"???) have actually attended the very, very best institutes for higher education that France has to offer, these institutions are so good, so well regarded, that they seem to be like "winning the lottery of life" or in Mafioso terms "becoming a made man", they are the prestigious *Grandes Ecoles*.

### Prestigious

The most important thing to know about the Grandes Ecoles is that it is highly prestigious to attend one. In fact it's not just prestigious, it is Elite. And its not just a prestigiously elite system, it's actually an Elitist system, but more about that in a moment...

xox

The reason that the Grandes Ecoles are so prestigious that the whole fabric of French employment society is saturated, dominated even, by their presence. Established in the late 17th and 18th Centuries to educate and to give practical training to country's brightest students in engineering and the sciences, these schools were so successful in generating the minds that the country needed to the lead their industries, they did not just survive Napoleon and the French Revolution, Bonaparte greatly expanded and formally christened the system "Les Grandes Ecoles".

## Elite

The developers who attended a Grandes Ecole will be part of the top 5% of academic students in their year, they will be the very brightest students their generation has to offer. Each Grandes Ecole is highly selective and the entry bar is made very high.

## Elitist

Today, in the right business or social circles in France, it is a common question to ask when first meeting someone what "school" they attended. In France you need to have attended a Grandes Ecole in order to get into the higher echelons of management and company leadership in almost any company, and you will certainly need to have studied Computer Science, or mathematics or something similarly related, to become a developer in the most demanding software engineering teams in the Investment Banks or a Quantitative Analyst. The French firms Amadeus, BNP Paribas, Capgemini and Thales are all great examples of companies who's senior managers will have attended a Grandes Ecole.

## Getting in

Actually getting accepted to attend is very difficult, but naturally many kids (or at least their parents) are very keen to attend. The entrance examination is called the "Concours", but certain Grandes Ecoles will only take the best of the best (see below) and others will only consider an applicant on the strength of their own exam.

EXHIBIT 07



## C. EDDY
## TRADUCTIONS

**FRENCH-ENGLISH TRANSLATION**

**Home**
**Services**
**Pricing**
**About Us**
**Blog**
**Contact**

# French and American grading equivalency for transcripts: Why is it so hard to convert French grades into American grades (and vice versa)?

Published on March 18, 2020 by Charles Eddy, legal translator in Lille. Last edit: June 27, 2024. French version available here.



*Vous préférez lire cet article en français ? Retrouver la version française ici.*

French and American grading both use scales based on multiples of 10, so logically speaking, transferring grades from one system to the other should be simple.

Nothing could be further from the truth, however.

Not only are the values assigned to the scales entirely different (the French 10/20 is a far cry from the American 50/100), but the diversity and odd weighting of the U.S. system—which varies from one state/district/school to the next and essentially only occupies the upper end of the grading scale—associated with the subjectivity and variability of grading in the French system, all make it incredibly hard to find precise correspondences between the two.

Yet students, translators, and university officials *are* often asked to "translate" grades from the other system for school transcripts or as part of university exchanges. Doing so is never ideal, and in practice, the result is seldom satisfying, but it is also frequently unavoidable.

To explain why this task is so challenging and attempt to surmount some of these difficulties, what follows is a brief primer on the differences between French and U.S. grading, along with an attempt at finding an equivalent for grades between the two systems.

## The U.S. Grading System

For starters, a brief primer on the U.S. system.

While the details vary, the basis of the American grading system is the 100-point percentage scale.

This scale is broken down into five letters: A, B, C, D, and F.

In theory, each of the first four letters corresponds to 10% of the scale and F is used for everything below the top 40%:

- A (90-100%)
- B (80-89%)
- C (70-79%)
- D (60-69%)
- F (59% and below).

In practice, however, there is a great deal of variation in what the letters are

10x
https://ceddytraductions.fr/articles/2020-03-16_translating-grades_US

used to mean.

For instance, many school systems or higher-education institutions will use part of the scale for "minus" and "plus" grades (e.g. A-minus = 90-93%).

Some schools also use a stricter scale, in which A=93-100%, B=85-92%, C=75-84%, etc. Often this scale is applied on a county or parish level, so even within a single U.S. state, several different systems can be in place.

What's more, even in individual schools, different programs such as AP or honors classes can use different scales, and at the college/university level, institutions generally have full discretion to implement their own grading systems.

Generally speaking, a passing grade is a D or above (60+%) in primary and secondary school and a C or above (70+%) in college and university-level courses, although this, too, varies a bit.

While there is obviously a certain level of subjectivity in non-multiple-choice grading, teachers tend to use the system in a relatively consistent way. An A generally corresponds to very high-quality work, a B to above-average work, a C to mediocre work, a D to poor work, and an F to unacceptable work.

For school transcripts, the letter system is also used to calculate students' overall *GPA* (grade point average). In this system, A=4, B=3, C=2, D=1, and F=0 (without regard for pluses or minuses). Add up the point total for all classes in a given period, divide by the number of classes, and you obtain the student's overall GPA. (Incidentally, this system does not account for any of the stricter grading systems described above, putting those students at a disadvantage for entry into competitive schools.)

## The French Grading System

In France, grades are out of 20. Ten out of 20, called "*la moyenne*", is a passing grade.

Yet contrary to the United States, where 50% is a low F, the *moyenne* is actually a relatively good grade. Although far from perfect, it essentially means students have met the teacher's expectations.

In non-multiple-choice situations (essays, math problems, etc.), where grades are discretionary, anything above sixteen is often reserved for only truly exceptional work. Conversely, on multiple-choice quizzes and tests,

teachers might see anything below fifteen a poor result, despite being positive for the student's *moyenne*.

That being said, things are a bit more complicated.

While French teachers are generally stricter than their American counterparts, there remains a great deal of variation. Some teachers rarely award any grades higher than 14, while others readily dole out 18s (although it bears mentioning that this is rare).

In addition, the grading scale's real weight is variable depending on where you are attending school, what subject you are taking, and—especially important—whether you are taking or preparing for a competitive exam (*concours*).

Less demanding schools and programs grade less stringently, and as you move on to more prestigious university programs, just getting a passing grade (above 10/20) becomes a feat.

What's more, France's competitive entry exams, called *concours*, use a far stricter scale. In CPGE schools (preparatory schools that train students for entry into France's fabled Grandes Ecoles), as well as in *concours* themselves, the *moyenne* used can at times be as low as 5/20. The same applies to competitive civil service exams such as the CAPES (teacher's examination).

In these cases, a passing grade is a mere 5 and an excellent grade is 8—leaving much of the scale unused.

French school and exam transcripts, though, will just show the grade, not taking into account the reality of how and where it was earned.

## Translating Grades Between the French and American Grading Systems

All this contributes to the difficulty encountered in determining what a grade actually means. For non-*concours* grading, the following table gives a rough indication of equivalency:

| French scale | U.S. Scale (A–F) | U.S. Scale (%) | Approximate meaning |
|---|---|---|---|
| 16.0–20.0 | A+ | 98–100% | Truly excellent |
| 14.0–15.9 | A | 93–97% | Very good |

| 12.0-13.9 | A- or B+ | 87-92% | Good |
|---|---|---|---|
| 10.0-11.9 | B | 80-86% | Average/above average |
| 8.0-9.9 | C | 70-79% | Mediocre |
| 7.1-7.9 | D | 60-69% | Poor |
| 7 and below | F | 0-59% | Unacceptable |

These equivalencies should *always* be taken with a grain of salt, however. American graders can often be very permissive—handing out As with relative ease for only above-average work—whereas French graders are often known for being on the conservative side, at times rewarding outstanding work with only average grades.

Evidently, translators and universities looking for grading equivalents have no way of knowing how individual teachers grade, but these general tendencies might be kept in mind by simply giving less weight to the higher end of the American grading scale and by amplifying "average" French grades that would inevitably have been higher if an American had given them.

In addition, *concours* grading, will always depend on the *concours* in question. To translate these grades, it is essential to consult the year's "rapport du jury" and find the *moyenne* and the *seuil d'admissibilité*, which will allow you to get a feel for what an acceptable, average, and good grade is for that particular *concours*.

## Special Mention: Translating "Mention Assez Bien", "Bien", and "Très Bien"

In France, in all grade levels and for all competitive exams, there is a special title for those who have overall grade averages of 12-13 (*mention assez bien*), 14-15 (*mention bien*), and 16 or above (*mention très bien*).

These are roughly analogous to the American "honor roll" used in primary and secondary school (the A honor roll for students with all As and the A-B honor roll for students with all As and Bs), or, alternatively, the "Dean's List" and "President's List" used at a college or university level.

Although they aren't necessarily sufficiently close equivalents to allow for direct translation without a footnote, they can make for useful correspondences between the two systems.

# EXHIBIT 08

 **OPM** U.S. Office of
Personnel Management

OPM.gov / Policy / Classification & Qualifications / General Schedule Qualification Standards

# ACTUARIAL SCIENCE SERIES 1510

## Individual Occupational Requirements

### Series definition:

This series covers positions that manage, supervise, lead, or perform scientific work in the field of actuarial science. Actuarial science involves professional knowledge of the disciplines of mathematics, statistics, business, finance, economics, and insurance. The work requires applying this knowledge to programs or problems related to the financial risks posed by life, health, retirement/pension, and property/casualty entities and contingencies.

### Basic Requirements

Applicants may qualify for actuary positions by meeting the requirements described in either *paragraph A* or *paragraph B* below.

### Paragraph A.

Applicants may qualify for the following grade levels by meeting the educational and/or experience requirements described below.

1. **GS-05 or Equivalent Grade Level:**

   Applicants must meet **one** of the following requirements:

   a. A bachelor's degree that included courses in actuarial science, mathematics, relevant statistics, business, finance, economics, insurance, or computer science totaling at least 24 semester hours. This course work must have included a minimum of 12 semester hours of mathematics that included differential and integral calculus and one or more courses in mathematics for which these calculus courses were prerequisites.

   or

   b. Combination of education and experience that includes *both* of the following requirements:

   - Technical work experience in actuarial support work or in mathematics; *and*

   - Completion of a minimum of 24 semester hours of courses in actuarial science,

mathematics, relevant statistics, business, finance, economics, insurance, or computer science at a four year college or university. This course work must have included a minimum of 12 semester hours of mathematics that included differential and integral calculus and one or more courses in mathematics for which these calculus courses were prerequisites.

## 2. GS-07 or Equivalent Grade Level:

Applicants must meet *one* of the following requirements:

a. Eligibility under the superior academic achievement provision *and* a bachelor's degree that included courses in actuarial science, mathematics, relevant statistics, business, finance, economics, insurance, or computer science totaling at least 24 semester hours. This course work must have included a minimum of 12 semester hours of mathematics that included differential and integral calculus and one or more courses in mathematics for which these calculus courses were prerequisites.

or

b. One year of graduate education in the subject areas of actuarial science, mathematics, statistics, business, finance, economics, insurance, or computer science; *and*

  ▪ A course of educational study as described in paragraph (A) (1) ( a) above.

or

c. Combination of education and experience that includes *both* of the following requirements:

  ▪ One year of actuarial experience equivalent to the GS-05 grade level; *and*

  ▪ Completion of a minimum of 24 semester hours of courses in actuarial science, mathematics, relevant statistics, business, finance, economics, insurance, or computer science at a four year college or university equivalent to a course of study described in paragraph (A) (1). This course work must have included a minimum of 12 semester hours of mathematics that included differential and integral calculus and one or more courses in mathematics for which these calculus courses were prerequisites.

## 3. GS-09 or Equivalent Grade Level:

Applicants may qualify for this grade level by meeting *one* of the following requirements:

a. A master's degree or equivalent graduate degree, or 2 years of progressively higher level graduate education leading to a master's degree in actuarial science; mathematics, statistics, business, finance, economics, insurance, or computer science; *and*

  ▪ A course of educational study as described in paragraph (A) (1) (a) above.

or

b. Combination of education and experience that includes *both* of the following requirements:

- One year of actuarial experience equivalent to the GS-07 grade level; *and*

- A course of educational study as described in paragraph (A) (1) above.

### 4. GS-11 or Equivalent Grade Level:

Applicants may qualify for this grade level by meeting *one* of the following requirements:

a. Ph.D or equivalent doctoral degree or 3 years of progressively higher level graduate education leading to a Ph.D degree in actuarial science, mathematics, statistics, business, finance, economics, insurance, or computer science; *and*

- A course of educational study as described in paragraph (A) (1) (a) above.

or

b. A combination of education and experience that includes *both* of the following requirements:

- One year of actuarial experience equivalent to the GS-09 grade level; *and*

- A course of educational study as described in paragraph (A) (1) above.

### 5. GS-12 or Equivalent Grade Level:

Applicants may qualify for this grade level by meeting *all* of the following requirements:

a. One year of actuarial experience equivalent to the GS-11 grade level; *and*

b. A course of educational study as described in paragraph (A) (1) above.

### 6. GS-13 and above or Equivalent Grade Levels:

Applicants may qualify for higher grade levels by meeting *all* of the following requirements:

a. One year of actuarial experience equivalent to the next lower grade level; *and*

b. A course of educational study as described in paragraph (A) (1) above.

## Paragraph B.

## Special Alternate Means of Qualifying for Positions at GS-07 through GS-13 or Equivalent Grade Levels

Applicants may qualify for a position at grade levels GS-07 through GS-13 using the "Special Alternate Means" provisions described below. Applicants for all grade levels must complete a minimum of 24 semester hours of courses in actuarial science, mathematics, relevant statistics, business, finance, economics, insurance, or computer science at a four year college or university. This course work must have included a

minimum of 12 semester hours of mathematics that included differential and integral calculus and one or more courses in mathematics for which these calculus courses were prerequisites.

Successful completion of appropriate examinations offered by the Society of Actuaries(SOA), the Casualty Actuarial Society(CAS), or the Joint Board for the Enrollment of Actuaries(JBEA), as evidenced by an official SOA or CAS transcript, and specialized experience described below is fully qualifying at the grade levels shown below:

### 1. GS-07 or Equivalent Grade Level:

Successful completion of one of the SOA or CAS examinations, or credit for one of the JBEA examinations.

### 2. GS-09 or Equivalent Grade Level:

Successful completion of two of the SOA or CAS examinations, or credit for two of the JBEA examinations.

### 3. GS-11 or Equivalent Grade Level:

One year of professional actuarial experience equivalent to at least the GS-09 level and successful completion of three of the SOA or CAS examinations, or credit for three of the JBEA examinations.

### 4. GS-12 or Equivalent Grade Level:

One year of professional actuarial experience equivalent to at least the GS-11 level and successful completion of four of the SOA or CAS examinations, or credit for three of the JBEA examinations.

### 5. GS-13 or Equivalent Grade Level:

One year of professional actuarial experience equivalent to at least the GS-12 level and Associateship in the Society of Actuaries or the Casualty Actuarial Society or being an Enrolled Actuary.

**Related Information**

## Associated Group Standard

Use the Group Coverage Qualification Standard for Professional and Scientific Positions for this series in conjunction with the Individual Occupational Requirements described below.



**UNITED STATES | PRIORITY®**
**POST/**

Retail

**UNITED STATES POSTAL SERVICE.**

**P** US POSTAGE PAID
**$12.90**  Origin: 54971
06/17/26
5671100981-8

- Expected delivery dat(
- Domestic shipments in
- USPS Tracking® servic
- Limited international in
- When used internation

**PRIORITY MAIL®**

0 Lb 10.00 Oz

RDC 03

EXPECTED DELIVERY DAY:  06/22/26

C099

*Insurance does not cover cer
Domestic Mail Manual at http:
** See International Mail Manu

SHIP
TO:
500 PEARL ST
NEW YORK NY 10007-1316

**FLAT RATE**
ONE RATE ■ ANY WI

**USPS TRACKING® #**

**TRACKED ■**



9505 5117 8306 6168 8147 98

PS0000100001



This package is made from post-consumer waste. Please recycle - again.

**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Randall Phillips
240 E. Fond Du Lac St
Ripon, WI 54971



TO: Clerk
U.S. District Court
Southern District of New York
500 Pearl St
New York, NY 10007

RECEIVED
JUN 22 2026
CLERK'S OFFICE
SDNY

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.