**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

RANDALL PHILLIPS,

Plaintiff,

-against-

COLUMBIA UNIVERSITY,

Defendant.

-----------------------------------------------------------------------X

**26 Civ. 5291 (JLR) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

Plaintiff has not submitted his opposition to Defendant's motion to dismiss, due October 19, 2026. However, Defendant does not appear to have complied with Local Civil Rule 7.2, which requires counsel to, when serving a memorandum of law, provide pro se litigants “with copies of cases and other authorities cited therein that are unpublished or reported exclusively on computerized databases.” Defendant must submit proof of compliance with Local Civil Rule 7.2 by no later than November 6, 2026. The Court extends Plaintiff's time to respond to Defendant's motion to December 15, 2026. If Plaintiff fails to submit an opposition, the Court shall treat Defendant's motion as unopposed.

**SO ORDERED.**

DATED: New York, New York
October 30, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge